IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00363-WYD-MEH

FASTSIGNS INTERNATIONAL, INC.,

    Plaintiff,

v.

SELECT SIGNS, INC.; and
ROBERT S. ALEXANDER,

    Defendants.

## ORDER TO SET TRO HEARING

THIS MATTER is before this Court on Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, filed March 1, 2006. Upon review of the file, the Court hereby

ORDERS that a hearing on plaintiffs' motion for TRO is set on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado for **Friday, March 3, 2006 at 2:30 p.m.** It is

FURTHER ORDERED that plaintiff shall notify defendants and their counsel FORTHWITH of this Order. Defendants and their counsel may participate in this TRO hearing by telephone if they so desire.

DATED: March 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge