IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00363-PSF-MEH

FASTSIGNS INTERNATIONAL, INC.,

    Plaintiff,

v.

SELECT SIGNS, INC.; and
ROBERT S. ALEXANDER,

    Defendants.

---

**ORDER VACATING HEARING AND ENTERING
AGREED PRELIMINARY INJUNCTION**

---

    This Court, having reviewed Plaintiff's Unopposed Motion to Vacate Hearing and Enter Agreed Preliminary Injunction (Dkt. # 16), and for good cause having been shown, hereby ORDERS:

    1.    That the hearing scheduled for Tuesday, October 24, 2006 at 3:00 p.m. is VACATED.

    2.    That the Agreed Preliminary Injunction is entered as an Order of this Court; and

    3.    That this matter will be administratively CLOSED.

    DATED: October 24, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge