IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00363-PSF-MEH

FASTSIGNS INTERNATIONAL, INC.,

    Plaintiff,

v.

SELECT SIGNS, INC.; and
ROBERT S. ALEXANDER,

    Defendants.

## AGREED PRELIMINARY INJUNCTION

Pursuant to the agreement of FASTSIGNS International, Inc., Select Signs, Inc. and Robert S. Alexander (collectively, the "Parties"), the Court ORDERS the following:

That Defendant Robert S. Alexander, either directly or indirectly, for himself, or through, on behalf of, or in conjunction with any person, persons, partnership, corporation or limited liability company acting in concert or participation with therewith, is required to:

1. immediately cease ownership, operation and participation in the operation of a sign, graphics and banner business at 4225 E. Mexico Ave., Denver, Colorado 80222;

2. immediately cease ownership, operation and participation in the operation of a sign, graphics and banner business at 1717 S. Acoma St., Denver Colorado 80223;

3. immediately cease ownership, operation and participation in the operation of a sign, graphics and banner business at 650 Cherry Street, Showroom Suite 920, Glendale, Colorado 80222;

4. refrain from owning, operating or participating in the operation of any sign, graphics and banner business which is, or is intended to be, located within the A-1 Territory, or within a ten (10) mile radius of any sign making facility that is owned or operated by FASTSIGNS International, Inc. or its affiliates, or any franchisee of FASTSIGNS International, Inc., in existence as of the date of this Agreed Preliminary Injunction. A true and correct copy of the A-1 Territory is attached hereto as Exhibit "A" and is incorporated herein by reference. Robert S. Alexander, and those acting in concert or participation therewith, shall refrain from this activity for a period of two (2) years from the date of this Agreed Preliminary Injunction; and

5. file a report with the Court representing that he has returned and/or destroyed all hard and electronic copies, or any portions thereof, of the point-of-sale database to FASTSIGNS International, Inc. and that he is no longer in possession of such materials.

IT IS FURTHER ORDERED that the Parties have agreed that any violation of this Agreed Preliminary Injunction would cause FASTSIGNS International, Inc. to be damaged in an amount that would be difficult to estimate and is not easily susceptible to calculation. Further, the Parties agree that if Robert S. Alexander violates the terms of this Agreed Preliminary Injunction, he will be liable to pay FASTSIGNS International,

Inc. fifty thousand dollars ($50,000.00) for each violation. This liquidated damages provision is a negotiated, material term that has been agreed upon by the Parties, and the Parties agree that this material term is not a penalty and is not disproportionate to the actual damages that FASTSIGNS International, Inc. would incur.

Pursuant to the Order of this Court dated March 7, 2006, FASTSIGNS International, Inc. posted a bond in the amount of fifteen hundred dollars ($1,500.00) as a requirement for its preliminary injunction. No further bond is required.

This Order shall remain in full force and effect until further order of this Court.

IT IS FURTHER ORDERED by the Court that this case be ADMINISTRATIVELY CLOSED, as there is no ongoing basis upon which this Court may exercise jurisdiction consistent with the terms of the Franchise Agreement.

SIGNED on this 24th day of October, 2006 at

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge

AGREED TO AND SUBMITTED BY:

*s/ Chesley Key Culp III, bpp*
_____
Chesley Key Culp III
Moye White LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202-1473
303.292.2900 (telephone)
303.292.4510 (facsimile)

And

James R. Nelson
Texas State Bar No. 14899800
DLA Piper Rudnick Gray Cary US LLP
1717 Main Street, Suite 4600
Dallas, Texas 75201
214.743.4500 (telephone)
214.743.4545 (facsimile)

**COUNSEL FOR PLAINTIFF
FASTSIGNS INTERNATIONAL, INC.**

and

*s/ Robert S. Alexander*

Robert S. Alexander
3079 S. Cherry Way
Denver, Colorado 80222
303.792.9886 (telephone)

**ROBERT S. ALEXANDER,** *PRO SE*